[Nos. 52058-0-I; 52658-8-I.   Division One.   November 8, 2004.]

OLYMPIC PIPE LINE COMPANY, ET AL., *Appellants*, v. SOMERSET MARINE, INC., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-21446-2, Linda Lau, J., entered March 13, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Schindler, J.

[No. 52149-7-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWIT BEKELE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08268-4, Richard A. Jones, J., entered March 31, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52569-7-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH P. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00320-1, Catherine D. Shaffer, J., entered June 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52894-7-I.   Division One.   November 8, 2004.]

ALASKA NATIONAL INSURANCE COMPANY, ET AL., *Respondents*, v. HAROLD A. BRYAN, ET AL., *Defendants*, KEVIN D. BRUNK, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-08264-5, William L. Downing, J., entered January 27, June 3, and July 10 and 21, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 125 Wn. App. 24.